**Order entered December 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00133-CV

**SKY CAPITAL GROUP, LTD, Appellant**

**V.**

**BOMBARDIER, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-02249**

## ORDER

We **DENY** the December 6, 2013 unopposed motions for admission of counsel pro hac vice without prejudice to the filing of motions that comply with rule XIX(a) and (c) of the Rules Governing Admission to the Bar of Texas. *See* TEX. R. GOVERNING BAR ADMISSION XIX(a),(c); *see also* TEX. GOV'T CODE ANN. § 82.0361(b) (West 2013) (requiring payment of non-resident attorney fee).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE